**Order entered November 16, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01161-CV

### IN THE INTEREST OF J.M., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-98-14563-Z**

## ORDER

The reporter's record in this case has not been filed. By letter dated October 26, 2015, the Court advised appellant that he must provide the Court within ten days of the date of the letter, (1) notice that appellant had requested preparation of the reporter's record; and, (2) written verification that appellant had paid or made arrangements to pay the reporter's fee; or written documentation that appellant has been found to be entitled to proceed without payment of costs. The Court cautioned appellant that if the Court did not receive the required documentation within the time specified, the Court may order the appeal submitted without the reporter's record. To date the Court has received no response. Accordingly the Court orders the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant shall file his brief on or before December 10, 2015.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE